UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLETHA ALLISON, ALESHIA ANDERSON, RASHAAD DANIELS, LAMOUNT EVANS, SHAWN MAYER, KION MCLEMORE, RAYMOND MCNALLY, FRANCES VASQUE, SHAKURA FELDER, AND WILLIAM WIMBERLY, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>                Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.; INTEGRITY STAFFING SOLUTIONS, INC.; AF OPERATIONS, LLC; SMX, LLC; AND DOES 1-50 JOINTLY AND SEVERALLY,<br><br>                Defendants. | No. 2:13-cv-01612-RSL<br><br>STIPULATED MOTION AND ORDER<br><br>NOTE FOR MOTION CALENDAR: DECEMBER 4, 2013 |

      Plaintiffs Willetha Allison, Aleshia Anderson, Rashaad Daniels, Lamount Evans, Shawn Mayer, Kion McLemore, Raymond McNalley, Frances Vasque, Shakura Felder, and William Wimberley ("Plaintiffs") and Defendants Amazon.com, Inc. ("Amazon"), AF Operations LLC ("AF"), and SMX, LLC ("SMX," and, collectively with Plaintiffs, Amazon, and AF, "the Parties"), by and through their respective counsel of record, after having met and conferred telephonically and by e-mail on November 20, 25, and 26, and December 2 and 3, 2013.

CERTIFICATE OF SERVICE (No. 2:13-cv-01612-RSL) – 1

## PROPOSED SCHEDULE

The parties hereby jointly move the Court to schedule motion filing and briefing deadlines in this litigation as described below, in order to provide an orderly schedule for disposition of the various pending and future potential motions and to limit the possibility of duplicative and wasteful briefing, subject to the Court's approval. The Parties request the following motion filing and briefing schedule be set:

| DATE | NATURE OF FILING |
| --- | --- |
| 12/20/13 | Plaintiffs' Second Amended Complaint |
| 1/17/14 | Defendants' deadline to Answer, Move, or otherwise Respond to the Second Amended Complaint |
| 2/10/14 | Defendants' deadline to Oppose Plaintiffs' Motion for Conditional Certification |
| 2/14/14 | Noting date and reply deadline for Plaintiffs' Motion for Conditional Certification filed on or before December 20, 2013 |

The purpose of this Stipulation and proposed Order is to afford the Plaintiffs the opportunity to file a Second Amended Complaint, set uniform schedules for all Defendants' briefing, and give the Court the opportunity to address certain threshold issues, including whether this case should remain pending in this jurisdiction, before Defendants are required to oppose Plaintiffs' Motion for Conditional Certification. The above schedule also will increase the likelihood that the Judicial Panel on Multidistrict Litigation will decide in connection with *In re Amazon*, MDL Case No. 2504, whether this case should be consolidated with numerous other cases raising similar issues and, if so, in what court.

This stipulation and the above briefing schedule are entered into without any of the Parties waiving their rights to file (i) any answer, motion, or other response to the Second Amended Complaint in advance of the January 17, 2014 deadline set forth above; (ii) any motion for relief from deadlines, including but not limited to relief from the deadlines set forth above; and (iii) any motion or other filing seeking or opposing equitable tolling.

CERTIFICATE OF SERVICE (No. 2:13-cv-01612-RSL) – 2

Defendant Integrity Staffing Solutions, Inc. has advised the Parties that it is not opposed to this Stipulated Motion, but because it asserts that the Court has no personal jurisdiction over it and that venue is not proper in this Court, it does not formally enter an appearance for the purposes of addressing this Stipulated Motion.

**STIPULATED, AGREED AND CONSENTED TO BY:**

BY: s/Jacob R. Rusch
Jacob R. Rusch* (*consented*)
Timothy J. Becker*
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
tbecker@johnsonbecker.com
jrusch@johnsonbecker.com

Adam J. Berger, WSBA #20714
Rebecca J. Roe, WSBA #7560
810 Third Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 622-8000
Facsimile: (206) 682-2305
berger@sgb-law.com
roe@sgb-law.com

Jason J. Thompson*
Jesse L. Young*
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
248-355-0300
jthompson@sommerspc.com
jyoung@sommerspc.com

Steven R. Maher*
Senthia Santana*
MAHER LAW FIRM, P.A.
631 West Morse Blvd., Suite 200
Winter Park, FL 32789
Telephone: (407) 839-0866
smaher@maherlawfirm.com
sdtowery@maherlawfirm.com

*Attorneys for Plaintiffs*

BY: s/Chelsea Dwyer Petersen
Chelsea Dwyer Petersen,
WSBA #33787
PERKINS COIE LLP
1201 Third Avenue,
Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
CDPetersen@perkinscoie.com

Richard G. Rosenblatt*
Joseph A. Nuccio*
MORGAN, LEWIS &
BOCKIUS, LLP
502 Carnegie Center
Princeton, NJ 08540
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
rrosenblatt@morganlewis.com
jnuccio@morganlewis.com

Rebecca Eisen*
Theresa Mak*
MORGAN, LEWIS &
BOCKIUS, LLP
One Market,
Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
reisen@morganlewis.com
tmak@morganlewis.com

*Attorneys for Defendant Amazon.com, Inc.*

BY: s/William F. Dolan
William F. Dolan*
(*consented*)
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 269-4362
Facsimile: (312) 782-8585
wdolan@jonesday.com

Michael D. McKay, WSBA #7040
Thomas M. Brennan, WSBA #30662
McKAY CHADWELL, PLLC
600 University Street, Suite 1601
Seattle, WA 98101-4124
Telephone: (206) 233-2800
Facsimile: (206) 233-2809
mdm@mckay-chadwell.com
tmb@mckay-chadwell.com

*Attorneys for Defendant SMX, LLC*

Dated:  December 4, 2013 * admitted *pro hac vice*

CERTIFICATE OF SERVICE (No. 2:13-cv-01612-RSL) – 3

IT IS SO ORDERED.

Dated: December 6, 2013

*[signature: MRT S Lasnik]*
The Honorable Robert S. Lasnik
United States District Court Judge

CERTIFICATE OF SERVICE (No. 2:13-cv-01612-RSL) – 4

24976-0171/LEGAL28639551.1