IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLETHA ALLISON; ALESHIA ANDERSON; RASHAAD DANIELS; LAMOUNT EVANS; SHAWN MAYER; KION MCLEMORE; RAYMOND MCNALLY; FRANCES VASQUE; SHAKURA FELDER;[1] and WILLIAM WIMBERLY, on behalf of themselves and all others similarly situated<br><br>v.<br><br>AMAZON.COM, INC.; SMX, LLC; INTEGRITY STAFFING SOLUTIONS, INC.;[2] AF OPERATIONS, LLC; and DOES 1-50, jointly and severally | No. 3-14-0308 |

O R D E R

By order entered February 19, 2014, the order of the Judicial Panel on MultiDistrict Litigation transferring this case to the Western District of Kentucky was entered in that District, and, on February 21, 2014, the order was entered in this District (Docket Entry No. 195).

As a result, the initial case management conference, scheduled on March 24, 2014, is CANCELLED. Also as a result, the plaintiffs' motion for reassignment of this action (Docket Entry No. 159) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for entry of any appropriate transfer order.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The claims of plaintiff Shakura Felder, as well as the claims of opt-in plaintiff Jessica Austin, were dismissed by order of the Western District of Washington entered February 3, 2014 (Docket Entry No. 152), as part of the order transferring the case to this District.

[2] Integrity Staffing Solutions, Inc. was dismissed by order entered January 21, 2104 (Docket Entry No. 141).